UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Alejandro Gutierrez and Ludivina Gutierrez<br><br><br>Debtor(s)<br>Alejandro Gutierrez and Ludivina Gutierrez<br><br>Plaintiff(s)<br>JPMorgan Chase Bank, National Association formally know as Chase Home Finance<br><br>Defendant(s) | BK No.: 14-25232<br>(Jointly Administered)<br>Chapter: 13<br>Honorable Bruce W. Black<br>Joliet<br><br>Adv. No.: 14-00500 |

**Consent Judgment Valuing Claim of JPMorgan Chase Bank, National Association**

On July 24, 2014, the debtor(s) filed an adversary complaint to value the claim of the defendant secured by a lien against the property commonly known as 279 E Daisy Circle Romeoville IL 60446 (address) with real estate tax pin number 11-04-07-303-024 (the "property"). The parties agree to consent Judgment.

IT IS HEREBY ORDERED that consent judgment is entered in favor of the debtor(s) and against the defendant as follows:
1. For purposes of the Chapter 13 plan only, any claims asserted by the defendant stemming from its second mortgage lien against the property are entirely unsecured pursuant to 11 U.S.C. § 506(a) given the value of the property and the amount of senior liens.
2. Any timely filed proof of claim of the defendant for the second mortgage lien will be treated as an unsecured claim in the Chapter 13 plan.
3. Upon completion of the Chapter 13 plan and entry of a discharge, the defendant's lien will be deemed satisfied pursuant 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a)

Enter:

Dated: 29 AUG 2014

United States Bankruptcy Judge

**Prepared by:**
Rachael A. Stokas ARDC#6276349
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

Rev: 20130103_apo